HEATHER E. WILLIAMS, SBN 122664
Federal Defender
LINDA HARTER, SBN 179741
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
HERNAN PADILLA-LANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:24-cr-00008-DCJ |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING** |
| vs. | ) |
| HERNAN PADILLA-LANDA, | ) Date: May 30, 2024<br>) Time: 9:00 a.m.<br>) Judge: Daniel J. Calabretta |
| Defendant. | ) |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Zulkar Khan, counsel for plaintiff, Assistant Federal Defender Linda Harter, counsel for defendant Hernan Padilla-Landa, and with the concurrence of the United States Probation Office, that the admit/deny hearing regarding the pending TSR violation petition scheduled for May 30, 2024, be continued to **June 13, 2024, at 9:00 a.m.**

/ / /

/ / /

1 | The Defense, the Government, and Probation agree that it is in all parties' best interest to allow for the dispositional memoranda to be prepared before the admit/deny hearing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 23, 2024

*/s/ Linda Harter*
LINDA HARTER
Assistant Federal Defender
Attorneys for Defendant
HERNAN PADILLA-LANDA

Date: May 23, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Zulkar Khan*
ZULKAR KHAN
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  May 24, 2024                    /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE